1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

12  DEXTER D. SCHULER,                )   No. CV 09-2126-PLA
                                      )
13                  Plaintiff,        )
                                      )   **JUDGMENT**
14          v.                        )
                                      )
15  MICHAEL J. ASTRUE,                )
    COMMISSIONER OF SOCIAL            )
16  SECURITY ADMINISTRATION,          )
                                      )
17                  Defendant.        )
    ──────────────────────────────── )

18

19       In accordance with the Memorandum Opinion filed concurrently herewith,

20       IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21  Security Administration, is reversed and this case is remanded for further administrative

22  proceedings consistent with the Memorandum Opinion.

23

24  DATED: April 7, 2010
                                        _____
25                                                  PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE
26
27
28